Jane Melanie PEMBERTON,
Appellant,

v.

Woodrow Wilson PEMBERTON,
Respondent.

No. WD 67886.

Missouri Court of Appeals,
Western District.

Jan. 29, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2008.

Application for Transfer Denied
April 15, 2008.

Creath S. Thorne, Esq., St. Joseph, MO, for Appellant.

David B. Parman, Esq., Albany, MO, for Respondent.

Before NEWTON, P.J., SPINDEN and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Jane Pemberton appeals from the marital property division in the judgment dissolving her marriage to Woodrow Pemberton. The judgment is affirmed. **Rule 84.16(b).**